PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Shawn Ranson**                                   Case Number: **1:01CR00032**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
                                        **Senior United States District Judge**

Date of Original Sentence: **April 12, 2002**

Original Offense:   **Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine and Cocaine Base, in violation of 21 USC §§ 846 and 841(a)(1) and (b)(1)(C), a class C felony.**

Original Sentence: **57 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**               Date Supervision Commenced: **April 22, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:**<br><br>On March 5, 2006, Ranson was arrested on charges of Driving Under the Influence (DUI), Refusal of Chemical Test, and Unreasonable Control by the Cincinnati, Ohio Police.<br><br>The allegations are that Ranson was under the influence of alcohol and/or drugs at the time he was involved in a serious one car accident, in which his vehicle rolled over an embankment and flipped upside down. Ranson was transported to the hospital, where he was later released. While in police custody, he refused to take the breathalyzer. |
| #2 | **Condition #7: You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;**<br><br>On December 6, 2005 and February 10, 2006, Ranson submitted urine specimens which returned positive for usage of marijuana. |

PROB 12A
(12/98)

2

## U.S. Probation Officer Action:

Ranson notified this officer of the situation, and denied being under the influence of any substance at the time of the accident. In addition, he stated there are some questions about how he was transported to and questioned at the hospital, and contends he is taking the case to trial.

Ranson admitted to the drug usage and insisted he is getting things together, especially after he nearly died in the car accident. He is required to attend two AA/NA meetings per week and has been subjected to rigorous drug testing requirements since February, and all specimens have been negative to date.

Based on his professed innocence and pursuing a trial, this officer is respectfully recommending no action be taken at this time to allow for the charges to be prosecuted.

Respectfully submitted,                              Approved,

by

Robert C. Frommeyer Jr.                              John Cole
U. S. Probation Officer                              Supervising U. S. Probation Officer

Date:   April 3, 2006                                Date:   April 3, 2006

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

Signature of Judicial Officer

4/19/06
Date