IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

  vs.           : CRIMINAL NO: CR-1-01-032
               : JUDGE WEBER

**SHAWN RANSON,**

   **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

            Respectfully submitted,

            GREGORY G. LOCKHART
            United States Attorney


            s/Deborah F. Sanders
            DEBORAH F. SANDERS (0043575)
            Assistant United States Attorney
            Southern District of Ohio
            303 Marconi Boulevard, Suite 200
            Columbus, Ohio 43215-2401
            (614) 469-5715

**CERTIFICATE OF SERVICE**

     A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Shawn Ranson, 1087 Addice Way, Cincinnati, OH 45224 by first class mail, postage prepaid, this 7th day of June, 2007.

                                         s/Deborah F. Sanders
                                         DEBORAH F. SANDERS (0043575)
                                         Assistant United States Attorney