CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                Case 1:01cr32-3

vs

SHAWN RANSON

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter: Mary Ann Rane
Date:            2/14/08 @ 1:30

Attorney for USA:        Ken Parker
Attorney for Defendant:  Federal Public Defender  C. Ransom Hudson

_X_ Initial appearance held. Defendant informed of rights and charges.

___ Case continued for Probable Cause Hearing ___ Detention Hearing ___
    on _____
_X_ Probable cause hearing held/<u>waived</u>. Defendant to appear before District Judge Weber for Probation Violation/supervised release hearing.

___ Probable cause found / not found

___ Defendant DETAINED pending hearing.
    Defendant RELEASED on ___OR_____ bond

_X_ Order APPOINTING counsel  FPD

Remarks:
Here on summons. OR continued