UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v                                                                                               CR-1-01-32-3

SHAWN RANSON,

    Defendant

**ORDER**

**Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Tuesday, March 4, 2008 at 3:00 p.m.**

**IT IS SO ORDERED.**

                                                          s/Herman J. Weber
                                                           Judge Herman J. Weber
                                                           United States District Court