AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Ohio__

UNITED STATES OF AMERICA
V.

Shawn Ranson
2504 Beechmont Ave., Apt. 22
Cincinnati, OH 45230

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   1:01-CR-00032-03 HJW

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| Potter Stewart Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45230<br>Before:   Magistrate Judge Timothy S. Black | Courtroom #708 |
| | Date and Time |
| | 2/14/2008 @ 1:30 p.m. |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Supervised Release Violation

_EMILY HILTZ, DEPUTY CLERK_
Name and Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

1/31/2008
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 2/4/2008 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. COURTHOUSE, 100 E. 5th ST. CINCINNATI, OH 45202

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   2/4/2008
                    Date

JAMES WAHLRAB
Name of United States Marshal

_____, DUSM
(by) Deputy United States Marshal

Remarks:
On 2/1/08, went to the subjects apt. No answer, I left a business card for him to call me. I also contacted U.S. Probation to see if the subject was employed. He stated that he was not. On 2/2/08, the subject called this Deputy after receiving his business card. Deputy Hilsinger will call the subject back to know when they can meet to serve the summons.

On 2/4/08, subject came in to the U.S. Marshals office, 100 E. 5th ST, in Cinnati, Ohio at 12:00 pm and attached summons was served on him at that time.
                                                              _____, DUSM

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.