UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - SUPERVISED RELEASE REVOCATION HEARING**

UNITED STATES OF AMERICA
    -vs-                                               CASE NO. CR-1-01-32-3
**SHAWN RANSON**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Ken Parker
DEFENSE: Jim Maus, FPD

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Amy Thomas

Court Reporter Jodie Perkins (Official)

Courtroom Deputy Darlene Maury

Probation Officer: Tom Barbeau

DATE: Tuesday, March 4, 2008
TIME: 3:00 p.m. - 3:50 p.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING. Defendant present with counsel.

Defendant admits violations. The Court finds that defendant has violated his Conditions of Supervised Release.

**IT IS ORDERED** that the conditions of defendant Shawn Ranson's Supervised Release be **REVOKED** and the defendant is sentenced to the Bureau of Prisons for a period of 1 day, a term of. Supervised Release of one year and Home Detention of 365 days imposed.

Defendant advised of right to appeal.

Judgment Order to issue