*Rec* 6/3/08

PROB 12C
Rev 2/03: RANSON, Shawn

# United States District Court

### for

### Southern District of Ohio

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | **Shawn Ranson** | Case Number: **1:01CR00032-03** |
| Name of Sentencing Judicial Officer: | **The Honorable Herman J. Weber**<br>**United States Senior District Judge** | |
| Date of Original Sentence: | **April 12, 2002** | |
| Original Offense: | **Conspiracy to Distribute and Possess With Intent to Distribute Cocaine and Cocaine Base, a Class C felony, in violation of 21 U.S.C. § 846** | |
| Original Sentence: | **57 months imprisonment, 36 months supervised release** | |

Special Conditions:

**1) Participate in chemical dependency assessment and program which may include testing to determine if the defendant has reverted to the use of drugs and/or alcohol, at the direction of the USPO;**
**2) Pay any balance owed on $2,000 fine. Until fine is paid in full, the defendant is prohibited from incurring new credit charges or opening additional lines of credit, and shall provide the USPO access to any requested financial records;**
**3) Pay $100 special assessment.**

**Amended, 12-27-07: 60 days in halfway house facility with work release privileges.**

**Amended, 3-04-08: 1 day custody U.S. Bureau of Prisons, 1 year supervised release. Special conditions: 1) 365 days home detention with electronic monitoring; 2) participate in substance abuse treatment program either inpatient or outpatient at the direction of the USPO, which may include testing; and 3) abstain from the use of alcohol and other forms of intoxicants.**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **April 22, 2005**

Assistant U.S. Attorney: Kenneth L. Parker, Esquire          Defense Attorney: James Maus, Esquire

## PETITIONING THE COURT

[X]     To issue a detainer warrant as Ranson is currently in state custody at the Hamilton County Justice Center in Cincinnati, Ohio, on pending charges.
[ ]     To issue an Order to Appear and Show Cause
[ ]     To grant an exception to revocation without a hearing.

PROB 12C
Rev 2/03: RANSON, Shawn

| Violation Number | Nature of Noncompliance |
|---|---|

#1                        "The defendant shall not commit another federal, state, or local crime."

This officer received information that on May 30, 2008, Ranson was arrested by the Cincinnati, Ohio Police Department on two counts of Trafficking in Drugs, two counts of Possession of Drugs, and one count of Trafficking, Shipping, Transport, Distribution of Drugs. This case is pending in the Hamilton County Municipal Court, Docket Number 08CRA18538.

According to information received by the probation officer, on May 30, 2008, the offender was arrested on the above five counts of drug related criminal behavior. Count A charged that on or about May 30, 2008, Ranson was arrested after he sold between 5 and 10 grams of powder cocaine to another subject while being observed by officers of the Vice Squad. Count B charged that on that same date, the offender was found to be in possession of between 10 and 100 grams of powder cocaine in his motor vehicle. The drugs were removed from the motor vehicle by the arresting police officers. Count C charged that on or about May 30, 2008, after being arrested for the above charges, a search of his person found Ranson to be in possession of 5 to 25 grams of powder cocaine. Count D charged that on the above date, the offender was found to be in possession of 25 to 100 grams of powder cocaine in his vehicle. Lastly, Count E charged that on or about May 30, 2008, the offender was found to be in possession of between 10 and 100 grams of powder cocaine, which was already bound for sale and was removed by arresting officers from a bathroom of a residence.

Ranson is next scheduled to appear in the Hamilton County Court of Common Pleas for a Grand Jury report on the above case on June 9, 2008. He is currently being held in the custody of the Hamilton County Justice Center in lieu of $20,000-10% bond.

U.S. Probation Officer Recommendation:

This officer is very concerned about Ranson's new arrest after the offender was placed on a new one year term of supervised release supervision on March 4, 2008, pursuant to his conviction for Possession of less than 200 grams of Marijuana in Hamilton County, Ohio, on December 27, 2007, in the Hamilton County, Ohio Municipal Court, Docket Number 07CRB48257. This officer respectfully recommends and requests that Your Honor issue the detainer warrant so that Ranson can be held in custody until the final disposition of all state charges, and then be remanded to federal custody. This officer feels that electronically monitored home confinement and/or community confinement are not sufficiently restrictive to prevent Ranson from re-involvement in criminal activity.

The term of supervision should be
    [X]    Revoked.
    [ ]    Extended for  years, for a total term of  years.
    [ ]    Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
    [ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that                                    Approved,
the foregoing is true and correct.

Executed on **June 3, 2008**

David J. Backman                        by
David J. Backman                                                    John C. Cole
U.S. Probation Officer                                          Supervising U.S. Probation Officer
                                                                              Date:      June 3, 2008

**THE COURT ORDERS:**

[ ]    **No Action**
[✓]    **The Court finds that there is probable cause to believe the defendant has violated the
         conditions of  his/her probation/supervised release and orders the Issuance of a Warrant
         for his/her arrest.**
[ ]    **The Issuance of an Order to Appear and Show Cause**
[ ]    **The Court finds the defendant can benefit from continued substance abuse treatment and
         grants an exception to revocation. The supervision term of the defendant is continued
         under all original terms and conditions.**
[ ]    **Other**

_____
Signature of Judicial Officer

6 / 3 / 0 8
**Date**